

FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0391

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0391

IN RE MINOR CHILD D.F.K.W.

RASTA KHALID WALID,

    Petitioner and Appellant,

v.

PHOENIX KAWULOK,

    Respondent and Appellee.

O R D E R

The record was filed for purposes of this appeal on June 28, 2024. Appellant did not timely file an opening brief, and on October 31, 2024, this Court ordered that Appellant prepare, file, and serve the opening brief no later than December 2, 2024. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all parties.

DATED this 12 day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices